UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| HAMILTON SANDOVAL-OSEGURA, Individually and on behalf of all others similarly situated | § § § § | Civil Action No. 4:19-CV-00096-AGF |
| | § | JURY TRIAL DEMANDED |
| Plaintiff, | § § | COLLECTIVE ACTION |
| v. | § § | PURSUANT TO 29 U.S.C. §216(b) |
| HARVEY PALLETS MANAGEMENT GROUP, LLC, | § § § | CLASS ACTION PURSUANT TO FED. R. CIV. P. 23(b)(3) |
| Defendant. | § § | |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT AGREEMENT

**TO THE HONORABLE AUDREY G. FLEISSIG:**

Plaintiff Hamilton Sandoval-Osegura, individually and on behalf of all others similarly situated, hereby moves for preliminary approval of the settlement agreement entered between the parties. Defendant Harvey Pallets Management Group, LLC does not oppose this motion for purposes of settlement only. If the Court does not approve the settlement agreement made between the parties, Defendant reserves the right to oppose class and collective certification. In support of this Motion, Plaintiff has contemporaneously filed a memorandum addressing the relevant law and facts.

WHEREFORE, for the reasons set forth in the supporting memorandum, Plaintiff respectfully requests that this Court grant this Unopposed Motion for Preliminary Approval of the Class Action Settlement Agreement, preliminarily approve certification of the Settlement Class, approve the form and content of the proposed Notice to Class Members, approve the notice deadlines set forth in the Settlement Agreement, preliminarily approve Hamilton Sandoval-Osegura as the Class Representative, preliminarily approve ANDERSON ALEXANDER, PLLC and the LAW OFFICES OF

KENNEDY HUNT, P.C. as Class Counsel, and approve Rust Consulting as the Settlement Administrator, and grant any other relief the Court deems just and proper.

Date: May 8, 2020                    Respectfully submitted,

**LAW OFFICES OF KENNEDY HUNT, P.C.**

By:     */s/ Sarah Jane Hunt*
        **Sarah Jane Hunt** (63899MO)
        906 Olive Street, Suite 200
        St. Louis, MO 63101
        Phone: (314) 872-9041
        Fax: (314) 872-9043
        sarahjane@kennedyhuntlaw.com

**ANDERSON ALEXANDER, PLLC**

By:     */s/ Clif Alexander*
        **Clif Alexander** *(Admitted Pro Hac Vice)*
        Federal I.D. No. 1138436
        Texas Bar No. 24064805
        clif@a2xlaw.com
        819 N. Upper Broadway
        Corpus Christi, Texas 78401
        Telephone: (361) 452-1279
        Facsimile: (361) 452-1284

        ***Attorneys for Plaintiff and the Putative Class Members***

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with the Defendant and they are not opposed to the filing of, or the relief requested in, this Motion for the purposes of settlement only.

/s/ *Clif Alexander*
Clif Alexander

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Missouri, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the individuals who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Clif Alexander*
Clif Alexander